UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WAYNE SOUTHARD,

      Petitioner,                               Case No. 1:07-cv-409

v.                                               Hon. Richard Alan Enslen

JERI-ANN SHERRY,

      Respondent.
_____/

## ORDER AND JUDGMENT
## APPROVING REPORT AND RECOMMENDATION

      The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

      **THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed May 4, 2007, is approved and adopted as the opinion of the court.

      **IT IS FURTHER ORDERED** that petitioner's application is **DISMISSED** for the reasons stated in the Report and Recommendation.

      **IT IS FURTHER ORDERED** that a certificate of appealability is denied as to <u>each</u> issue raised by petitioner.

Dated in Kalamazoo, MI:                             /s/Richard Alan Enslen
June 1, 2007                                            Richard Alan Enslen
                                                          Senior United States District Judge